[Nos. 21775-5-I; 23094-8-I.   Division One.   December 27, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES JOHN McCOLL, *Appellant.*

Appeals from a judgment of the Superior Court for Snohomish County, No. 87-1-00934-8, John E. Rutter, Jr., J., entered January 15, 1988. *Dismissed* by unpublished per curiam opinion.

[No. 21708-9-I.   Division One.   December 27, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY A. POSEY, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 79256R070, John F. Wilson, J., entered January 4, 1988. *Dismissed* by unpublished per curiam opinion.

[No. 21876-0-I.   Division One.   December 27, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. JOEL R. FORAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87-8-03462-5, Charles V. Johnson, J., entered February 18, 1988. *Dismissed* by unpublished per curiam opinion.

[No. 19967-6-I.   Division One.   December 27, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. CALVIN RAY STELLY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86-1-02358-1, Donald D. Haley, J., entered February 5, 1987. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Swanson and Williams, JJ.